UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICHAEL GIARDINA and PETER CROCKER,

                           Plaintiffs

       -against-

06-cv-114
(SJF)(MLO)

**OPINION & ORDER**

WASHINGTON MUTUAL BANK, F.A.,

                           Defendant.
----------------------------------------------------------X
FEUERSTEIN, J.

The Court is in receipt of defendant Washington Mutual Bank, F.A.'s ("Defendant") motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Pursuant to paragraphs 4(B) & (D) of the Individual Practices of this Court, a movant is directed to file a copy of the cover letter only with the Court, and submit the papers to the Court only after the motion has been fully briefed. Because Defendant's motion was submitted prior to becoming fully briefed, it is hereby DENIED WITHOUT PREJUDICE, and Defendant is directed to re-file and submit its motion in accordance with this Court's practices.

_____
Sandra J. Feuerstein
United States District Judge

Dated: April 6, 2006
Central Islip, New York

1

To:

Saul D. Zabell
Zabell & Associates, P.C.
4875 Sunrise Highway
Suite 300
Bohemia, NY 11716

Scott T. Baken
Jackson Lewis, LLP
One North Broadway
White Plains, NY 10601